UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BROADWAY 48TH-49TH STREET LLC        Plaintiff, <br><br> -v- <br><br> BRAINSTORM GROUP, INC. <br><br> Defendant. | Case No. 08 CV 1271 (PKL) <br><br> **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

BROADWAY 48TH-49TH STREET LLC         (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

There are no publicly held corporate parents, affiliates or subsidiaries
of BROADWAY 48TH-49TH STREET LLC.

Date: 2/7/2008

**Signature of Attorney**

**Attorney Bar Code:** DR 1344

Form Rule7_1.pdf  SDNY Web 10/2007