```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BROADWAY 48TH-49TH STREET LLC.,

                Plaintiff,

      v.

BRAINSTORM GROUP, INC.,

                Defendant,

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

08-Civ.-1271 (PKL)

**NOTICE OF DISMISSAL**
**WITHOUT PREJUDICE**

       Pursuant to Rule 41(a)(1)(A)(i), Plaintiff Broadway 48th-49th Street LLC, by and through its undersigned counsel, hereby notifies the Court that Plaintiff dismisses its instant cause of action against Defendant Brainstorm Group, Inc., without prejudice.

Dated: June 12, 2008
       New York, New York

STROOCK & STROOCK & LAVAN LLP

By: _____
    Daniel A. Ross
180 Maiden Lane
New York, New York 10038
(212) 806-5400
*Attorneys for Plaintiff*

```
SO ORDERED
[signature]
USDJ 6/24/08
```